Case No: 12-13110  PMC  Judge: PAT E. MORGENSTERN-CLARREN  Trustee Name: Waldemar J. Wojcik, Trustee
Case Name: WEBBER, MICHAEL A.  Date Filed (f) or Converted (c): 08/26/16 (c)
WEBBER, ALICE M.  341(a) Meeting Date: 09/29/16
For Period Ending: 04/12/18  Claims Bar Date: 05/04/17

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. 34954 Lorain Rd N Ridgeville OH 44039 | 145,200.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Lormet CCU Saving Acct | 15.00 | 0.00 | | 0.00 | FA |
| 4. Deposit with Water Co | 150.00 | 0.00 | | 0.00 | FA |
| 5. Deposit with Telephone Co | 80.00 | 0.00 | | 0.00 | FA |
| 6. Deposit with Gas Co | 250.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 9. Wedding Rings | 500.00 | 0.00 | | 0.00 | FA |
| 10. Allstate Universal Life | 201.14 | 0.00 | | 0.00 | FA |
| 11. Allstate Universal Life | 178.39 | 0.00 | | 0.00 | FA |
| 12. Allstate Universal Life on granddaughter | 0.00 | 0.00 | | 0.00 | FA |
| 13. Allstate Universal Life on grandson | 0.00 | 0.00 | | 0.00 | FA |
| 14. OPERS | 64,602.73 | 0.00 | | 0.00 | FA |
| 15. OPERS | 125,295.57 | 0.00 | | 0.00 | FA |
| 16. 1 shitzhu | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2008 Chevy Trailblazer | 17,600.00 | 0.00 | | 0.00 | FA |
| 18. 2010 Kia Soul | 19,269.00 | 0.00 | | 0.00 | FA |
| 19. 2001 Ford F150 | 3,044.00 | 0.00 | | 0.00 | FA |
| 20. 1980 Pontiac Firebird | 5,197.00 | 0.00 | | 0.00 | FA |
| 21. Claim Against Ohio Dept of Public Safety (u) | 1.00 | 1.00 | | 0.00 | 5,000.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $383,083.83  $1.00  $0.00  $5,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | | |
|---|---|---|---|
| Case No: | 12-13110 PMC Judge: PAT E. MORGENSTERN-CLARREN | Trustee Name: | Waldemar J. Wojcik, Trustee |
| Case Name: | WEBBER, MICHAEL A. | Date Filed (f) or Converted (c): | 08/26/16 (c) |
| | WEBBER, ALICE M. | 341(a) Meeting Date: | 09/29/16 |
| | | Claims Bar Date: | 05/04/17 |

On 3/9/17, special counsel was appointed to pursue the Estate's claim against the Ohio Dept. of Public Safety and related parties in Ohio Court of Claims Case # 2015-00449.. That case was resolved adversely to the Debtor but was appealed and reversed and remanded on appeal. It remains pending and must be concluded before a Final Report may be submitted. .

RE PROP# 21---Alice Webber vs. Ohio Department of Public Safety, et al., pending as Ohio Court of Claims Case No. 2015-00449. Since the underlying cause of action arose during the pendency of the Debtor's Chapter 13 case, it is property of the Chapter 7 Estate as of the conversation date of 8/26/2016, pursuant to Sec.1306(a). Trustee has no accurate idea as to the overall value of this claim and is providing only his best estimate herein consistent with the UST policy of requiring some estimate to be provided.

Initial Projected Date of Final Report (TFR): 01/31/18     Current Projected Date of Final Report (TFR): 08/31/18

/s/    Waldemar J. Wojcik, Trustee
_____ Date: 04/12/18
    WALDEMAR J. WOJCIK, TRUSTEE